IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELSY SHAJI & SHAJI JOHN, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 14-1256 |
| | § | |
| U.S. BANK NATIONAL ASS'N, | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated on the record at the June 20, 2014 conference, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on June 20, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge